ALBANY,
Feb. 1832.

Caledonian co.
v.
Trustees of
Hoosick Falls.

---

CALEDONIAN COMPANY *vs.* TRUSTEES OF HOOSICK FALLS.

A *certiorari* allowed by a *commissioner*, will not be quashed after this court has acted upon the writ, by ordering a supplementary return.

February 23.    MOTION to set aside a *certiorari*, because allowed by a commissioner.   The certiorari issued to bring up the proceedings of the trustees in reference to the imposition of a village tax. The trustees made a return to the certiorari, and on the 22d day of December last, the plaintiffs obtained a rule for a supplementary return, although opposed by the defendants, who now applied to *quash* the certiorari, because allowed by a commissioner, and not by the court.

*By the Court,* SUTHERLAND, J.   The certiorari ought to have been allowed by this court, and not by a commissioner ; but I am inclined to think that the order of this court directing a supplementary return, was a ratification of the act of the commissioner, and an adoption of the writ, so that it may now be considered as allowed by the court.   The motion is therefore denied.